◼ WILLIAM C. RUDD, Appellant, v BEDFORD TERRACE, INC., Respondent. [668 NYS2d 935] —In an action for a judgment declaring, *inter alia,* that the defendant is obligated to offer the plaintiff a renewal lease, the plaintiff appeals from a judgment of the Supreme Court, Westchester County (Donovan, J.), entered January 7, 1997, which, after a nonjury trial, *inter alia,* declared that the plaintiff had breached his obligations to the defendant and that the defendant was not obligated to offer the plaintiff a renewal lease.

Ordered that the judgment is reversed, on the law, with costs, and it is declared that the defendant is obligated to offer the plaintiff a renewal lease.

We agree with the plaintiff's contention that any violations that he committed of the parking rules in his lease or the parking rules of the Bedford Terrace Condominium did not, under the facts of this case, constitute such a breach of his obligations to the defendant as to warrant the forfeiture of the lease (*see,* General Business Law § 352-eee [2] [c] [ii]; *Harar Realty Corp. v Michlin & Hill,* 86 AD2d 182, 188; *333-335 E. 209th St. HDFC v McDonnel,* 134 Misc 2d 1022). Pizzuto, J. P., Santucci, Joy and Friedmann, JJ., concur.